381 A.2d 912

Moon et al. v. Williams, Appellant.

Argued September 15, 1977. Malcolm H. Waldron, Jr., for appellant; Stuart R. Lundy, for appellees.

Judgment affirmed.